UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22553-CIV-SEITZ/MCALILEY

LIFE FITNESS,

    Plaintiff,

v.

INTERNATIONAL FITNESS EQUIPMENT, INC.,

    Defendant.
_____/

### ORDER STAYING CASE AND COMPELLING ARBITRATION

THIS MATTER is before the Court upon Defendant's Motion to Stay and to Compel Arbitration [DE 4]. The current dispute arises out of Defendant's alleged failure to perform under a mediated settlement agreement that resolved a prior dispute relating to a distributor agreement entered into by the parties. Defendant asserts that the dispute is subject to the arbitration provision in Paragraph 10.4 of the distributor agreement. In response, Plaintiff asserts that, while it does not concede that the parties' mediated settlement agreement requires arbitration, it agrees to arbitrate the matter in accordance with Paragraph 10.4 of the distributor agreement to ensure the efficient and expedient resolution of this dispute. Accordingly, it is hereby

ORDERED that

(1) Defendant's Motion to Stay and to Compel Arbitration [DE 4] is GRANTED.

(2) This action is STAYED pending arbitration.

(3) The parties shall submit this dispute to the appropriate arbitral body as set forth in

Paragraph 10.4 of the distributor agreement.

    (4)    All motions not otherwise ruled upon are DENIED AS MOOT.

    (5)    The Clerk of Courts shall administratively close this matter.

DONE AND ORDERED at Miami, Florida, this <u>24th</u> day of January, 2007.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Clerk of Courts
Counsel of Record